25-03

FILED17 DEC '25 15:12USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

BRIAN K. KAPILEO NEPAIAL,

Defendant.

3:25-cr-00524-AN

INDICTMENT

18 U.S.C. § 39A;
21 U.S.C. §§ 841(a)(1), and (b)(1)(B)(viii)

Forfeiture Allegation

THE GRAND JURY CHARGES:

COUNT 1

(Aiming a Laser Pointer at an Aircraft)
(18 U.S.C. § 39A)

On or about October 3, 2025, in the District of Oregon, defendant **BRIAN K. KAPILEO NEPAIAL**, knowingly aimed the beam of a laser pointer at the flight path of an Airbus H125 T169 helicopter, an aircraft in the special aircraft jurisdiction of the United States, in violation of Title 18, United States Code, Section 39A.

**COUNT 2**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(viii))**

On or about October 3, 2025, in the District of Oregon, defendant **BRIAN K. KAPILEO NEPAIAL,** did knowingly and intentionally possess with intent to distribute 50 or more grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the controlled substance offenses alleged in Count 2 of this Indictment, defendant **BRIAN K. KAPILEO NEPAIAL**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds defendant obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: December 16, 2025.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD, OSB #062824
United States Attorney

CHRISTOPHER CARDANI
Assistant United States Attorney